ROBERTSON, State Revenue Agent, v. INGRAM–DAY LUMBER CO. (Circuit Court of Appeals, Fifth Circuit. April 13, 1921.) No. 3676. Appeal from the District Court of the United States for the Southern District of Mississippi; Edwin R. Holmes, Judge. Suit by Stokes V. Robertson, State Revenue Agent, against the Ingram-Day Lumber Company, brought in a Mississippi state court. Removed to federal court. Decree for defendant, and complainant appeals. Reversed, with instructions to remand to the state court. F. C. Hathorn, of Hattiesburg, Miss., for appellant. W. A. White, of Gulfport, Miss., for appellee. Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM. There is no material difference between this case and the case of Robertson, State Revenue Agent, v. Jordan River Lumber Co. (C. C. A.) 269 Fed. 606. Following the decision in the just-cited case, the decree in this case is reversed, with instructions to the District Court to remand the same to the state court.

---

SPADRA CREEK COAL CO. et al. v. EXCELSIOR COAL CO. (Circuit Court of Appeals, Eighth Circuit. January 17, 1921.) No. 5718. Appeal from the District Court of the United States for the Western District of Arkansas. James B. McDonough, of Ft. Smith, Ark., for appellants. G. O. Patterson, of Clarksville, Ark., and Joseph M. Hill and Henry L. Fitzhugh, both of Ft. Smith, Ark., for appellee.

PER CURIAM. Appeal dismissed, with costs, per stipulation of parties.

---

SPADRA CREEK COAL CO. et al. v. OZARK COAL CO. (Circuit Court of Appeals, Eighth Circuit. January 17, 1921.) No. 5717. Appeal from the District Court of the United States for the Western District of Arkansas. James B. McDonough, of Ft. Smith, Ark., for appellants. G. O. Patterson, of Clarksville, Ark., and Joseph M. Hill and Henry L. Fitzhugh, both of Ft. Smith, Ark., for appellee.

PER CURIAM. Appeal dismissed, with costs, per stipulation of parties.

---

STANDARD OIL CO. v. FEDERAL TRADE COMMISSION. (Circuit Court of Appeals, Sixth Circuit. January 11, 1921.) No. 3475. Petition to Revise an Order of the Federal Trade Commission. Niman, Grossman, Buss & Holliday, of Cleveland, Ohio, for petitioner. Marvin Farrington, of Washington, D. C., Acting Chief Counsel for the Federal Trade Commission, for respondent.

PER CURIAM. Dismissed, pursuant to stipulation of counsel.

---

WINKELMAN v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 22, 1920.) No. 5771. In Error to the District Court of the United States for the Eastern District of Missouri. A. Samuel Bender, of St. Louis, Mo., for plaintiff in error. James E. Carroll, U. S. Atty., of St. Louis, Mo.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of plaintiff in error.